CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ✓  Send ✓
Entered ✓  Closed
JS-5/JS-6    JS-2/JS-3
Scan Only    Docketed on CM
✓ THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP 77(d)
10-26-06
EASTERN DIVISION
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

2006 OCT 26 AM 9:38
FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO COMPANY, LTD. | CASE NO. CV 03-08051 SGL (SHx) |
| Plaintiff, | ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |
| v. | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL |
| LAREX, USA, INC., | |
| Defendants. | |

This matter is before the Court on plaintiff's Motion for Default Judgment, filed on September 29, 2006, and plaintiff's Motion for Voluntary Dismissal, filed on October 10, 2006.

Defendants do not oppose the Motion for Default Judgment, except to the extent that it seeks judgment against the "Directors, Officers, and Assigns" of defendant Value 4 Dollar, individuals against whom default has not been entered. See Fed. R. Civ. P. 55(a). The Court agrees that default judgment against these individual defendants is not proper.

On the other hand, default has been entered against the following defendants: Value 4 Dollar, Techo-Toys, Inc., Christine Tsui, and Man Wai Simon Tsui. Plaintiff's Motion is **GRANTED** as to these four defendants. In connection with this ruling, the Court finds that these four defendants knowingly and willfully

infringed Plaintiff's U.S. Patent 4,563,626 in violation of this Court's consent judgment. The Court also finds that the present case is an "exceptional case" that justifies, pursuant to 35 U.S.C. § 285, an award of attorney fees to the prevailing party because of the conduct of defendants before this Court and because defendants' continued infringement of plaintiff's patent was in violation of the consent judgment entered by this Court in Nikko Company, Ltd. v. Techno-Toys, Inc., CV 03-02122 NM (SHx).

Plaintiff also seeks voluntary dismissal without prejudice of claims against the remaining defendants: Larex, USA, Inc., ADD (Amazing Deals and Discounts), Amar Vaghani, Devyani Vaghani, and Dipak Vaghani. See Fed. R. Civ. P. 41(a)(2). This Motion is unopposed, and therefore the Court **GRANTS** the Motion for Voluntary Dismissal. Defendants Larex, USA, Inc., ADD (Amazing Deals and Discounts), Amar Vaghani, Devyani Vaghani, and Dipak Vaghani are **HEREBY DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own fees and costs.

In their papers, plaintiffs noted their waiver of oral argument in this action; defendants did not indicate whether they wished to waive oral argument. However, the Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for October 30, 2006, is removed from the Court's calendar.

Concurrently herewith, the Court separately enters judgment. Upon the filing of the judgment in this action, the Clerk shall close the case.

IT IS SO ORDERED.

DATE: 10-25-06

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE