UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NIKKO COMPANY, LTD. | ) | |
| Plaintiff, | ) | CASE NO. CV 03-08051 SGL (SHX) |
| v. | ) | JUDGMENT |
| LAREX, USA, INC., | ) | |
| Defendants. | ) | |

In light of the Court's granting of the Motions for Default Judgment it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Defendants Techno-Toys, Inc., Christine Tsui, Man Wai Simon Tsui, and Value 4 Dollar ("defendants"), willfully infringed plaintiff's U.S. Patent 4,563,626;

2. **IT IS HEREBY ORDERED THAT**, pursuant to 35 U.S.C. § 284, defendants are jointly and severally liable to Nikko for damages in the amount of $500,000, and that those damages are to be trebled to $1,500,000; and

3. **IT IS FURTHER ORDERED THAT,** pursuant to 35 U.S.C. § 285 and L.R. 55-3, defendants are jointly and severally liable to Nikko for attorney fees in the amount of $33,600.

IT IS SO ORDERED.

DATE: 10-25-06

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE